Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

**GRANTED**
Judge Edward M. Chen

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO SALAS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA,<br><br>  Defendant. | Civil Action No. 3:19-cv-04337-EMC |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ Adam Andrew Vukovic | /s/ Amy L. Bennecoff Ginsburg |
| Adam Andrew Vukovic | Amy L. Bennecoff Ginsburg Esq. |
| Severson & Werson | Kimmel & Silverman, P.C. |
| One Embarcadero Center, Suite 2600 | 30 East Butler Pike |
| San Francisco, CA 94111 | Ambler, PA 19002 |
| Phone: (415) 398-3344 | Phone: (215) 540-8888 |
| Fax: (415) 956-0439 | Fax: (215) 540-8817 |
| Email: aav@severson.com | Email: aginsburg@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: November 2, 2020 | Date: November 2, 2020 |

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Adam Andrew Vukovic
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: (415)398-3344
Fax: (415) 956-0439
Email: aav@severson.com
Attorney for Defendant

DATED:  November 2, 2020                    /s/ Amy L. Bennecoff Ginsburg
                                            Amy L. Bennecoff Ginsburg Esq.
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Tel: 215-540-8888
                                            Fax: 215-540-8817
                                            Email: teamkimmel@creditlaw.com
                                            Attorney for Plaintiff